

IN THE
TENTH COURT OF APPEALS

No. 10-21-00159-CR

EX PARTE SAMUEL LYN REAVES

From the 413th District Court
Johnson County, Texas
Trial Court No. F49661

MEMORANDUM OPINION

Based on the content of the document that Samuel Lyn Reaves has presented, we have filed it as an appeal of the denial of an application for a writ of habeas corpus. It appears Reaves is complaining that he has been held for six years on a judgment that sentenced him to only four. However, the handwritten document presented by Reaves is not entirely legible, and it is difficult to determine the procedural history or the precise ground or basis for relief that Reaves is requesting.

We note that it is the Court of Criminal Appeals that has jurisdiction of felony post-conviction applications for a writ of habeas corpus pursuant to article 11.07 of the Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. art. 11.07; *Ater v. Eighth Court of*

*Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991). Such writs must be filed in the convicting court and made returnable to the Court of Criminal Appeals. TEX. CODE CRIM. PROC. art. 11.07, sec. 3. Only if the appeal was from the denial of an article 11.072 application for a writ of habeas corpus would this Court have jurisdiction. *See* TEX. CODE CRIM. PROC. art. 11.072, sec. 8. An 11.072 writ is available if a person is being unlawfully restrained in his liberty due to the imposition of community supervision in either a felony or a misdemeanor conviction. *See id.*, secs. 1 and 2. Because Reaves affirmatively states in the document that he is being held in prison on a felony conviction, to which 11.072 would not apply, we can definitively conclude that we do not have jurisdiction of this appeal.

Accordingly, what appears to be Reaves's attempted appeal of the trial court's denial of his post-conviction felony application for a writ of habeas corpus is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice



Before Chief Justice Gray,
    Justice Johnson, and
    Justice Rose[1]
Appeal dismissed
Opinion delivered and filed July 14, 2021
[CR25]

---

[1] The Honorable Jeff Rose, Former Chief Justice of the Third Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE §§ 74.003, 75.002, 75.003.